# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JORGE OYOLA,

    Plaintiff,

v.                                            Case No: 8:15-cv-534-T-30AEP

NRA GROUP, LLC,

    Defendant.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order to Show Cause (Dkt. #5) was entered on July 9, 2015, regarding Plaintiff's failure to diligently prosecute this case. A Show Cause response was due by July 23, 2015. A review of the docket indicates a response has not been timely filed. Accordingly, as the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rules 1.07(b) and 3.10(a), it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of July, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-534 dismissal.docx